IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-143-D

MARION F. EGLER, )
)
               Plaintiff, )
)
v. ) **ORDER**
)
U.S. BANK NATIONAL ASSOCIATION, )
and OCWEN LOAN SERVICING, LLC, )
)
               Defendants. )

On April 24, 2018, Trustee Services of Carolina LLC ("defendant" or "Trustee Services of Carolina LLC") moved to dismiss plaintiff's complaint [D.E. 15]. See Fed. R. Civ. P. 12(b)(6). On October 17, 2018, the court dismissed Trustee Services of Carolina LLC as a defendant [D.E. 32]. The court DISMISSES as moot defendant's motion to dismiss [D.E. 15] and DENIES as meritless defendant's request for attorney's fees. The court also DENIES as meritless plaintiff's motion to strike [D.E. 21]. See [D.E. 23].

SO ORDERED. This **13** day of October 2018.

                                                              JAMES C. DEVER III
                                                              United States District Judge